# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Legal Eagle, LLC

v.

National Security Council Records Access

**Case No:** 24-5230

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Security Council Records Access and

Central Intelligence Agency

United States Department of Defense

United States Department of Justice

United States Department of State

National Archives and Records Administration

Office of the Director of National Intelligence

### Counsel Information

**Lead Counsel:** McKaye L. Neumeister

**Direct Phone:** (202) 514-8100  **Fax:** (   )    -    **Email:** McKaye.L.Neumeister@usdoj.gov

**2nd Counsel:** Sharon Swingle

**Direct Phone:** (202) 353-2689  **Fax:** (   )    -    **Email:** Sharon.Swingle@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )    -    **Fax:** (   )    -    **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Avenue, NW, Washington, DC 20530

**Firm Phone:** (   )    -    **Fax:** (   )    -    **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)