[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>   Plaintiff-Appellant,<br><br>   v.<br><br>NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, et al.,<br><br>   Defendants-Appellees. | No. 24-5230 |

**CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.   Parties and Amici**

Plaintiff in district court, and appellant here, is Legal Eagle, LLC.

Defendants in district court, and appellees here, are the National Security Council Records Access and Information Security Management Directorate; Central Intelligence Agency; United States Department of Defense; United States Department of Justice; United States Department of

State; National Archives and Records Administration; and Office of the Director of National Intelligence.

There were no additional parties and no *amici curiae* in district court, and none have entered an appearance before this Court.

B.   **Ruling Under Review**

The ruling under review is the March 18, 2021 memorandum opinion and order (Dkt. Nos. 32, 33) entered by the Honorable Rudolph Contreras in *Legal Eagle, LLC v. National Security Council Records Access and Information Security Management Directorate et al.*, No. 1:20-cv-1732 (D.D.C.), granting the defendants' partial motion to dismiss and motion for partial summary judgment and denying plaintiff's motion for partial summary judgment. The memorandum opinion is available at *Legal Eagle, LLC v. National Security Council Records Access & Information Security Management Directorate*, No. 20-cv-1732 (RC), 2021 WL 1061222 (D.D.C. Mar. 18, 2021).

C.   **Related Cases**

This case has not previously been before this Court. Counsel are not aware of any currently pending related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

SHARON SWINGLE
/s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7231
  Washington, D.C. 20530
  (202) 514-8100

NOVEMBER 2024

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES.

                                             */s/ McKaye L. Neumeister*
                                             McKaye L. Neumeister
                                             Counsel for Defendants-Appellees