UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| Appellant, | * |
| v. | * |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, | *  Case No. 24-5230 |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Appellant Legal Eagle, LLC ("Legal Eagle"), by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 9 October 2024 as follows:

**I.   Parties and Amici**

The parties to this case are the Appellant Legal Eagle and the Appellee National Security Council Records Access and Information Security Management Directorate.  There are no *amici curiae* so far.

**II.   Ruling Under Review**

Appellant seeks review of the memorandum opinion and order issued by the District Court (Contreras, J.) on 18 March 2021.

### III. Related Cases

This case was not previously before this Circuit or any other court. There are currently no pending related cases.

Date: November 8, 2024

                                Respectfully submitted,

                                /s/ Kelly B. McClanahan
                              Kelly B. McClanahan, Esq.
                              D.C. Bar #984704
                              National Security Counselors
                              4702 Levada Terrace
                              Rockville, MD  20853
                              301-728-5908
                              240-681-2189 fax
                              Kel@NationalSecurityLaw.org

                              *Counsel for Appellant*