# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Legal Eagle, LLC

v.

NSC Rec. Access & Info. Sec. Mgmt. Dir.

**Case No:** 24-5230

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Legal Eagle, LLC

Names of Parties                                   Names of Parties

### Counsel Information

**Lead Counsel:** Kelly McClanahan

**Direct Phone:** (301) 728-5908  **Fax:** (240) 681-2189  **Email:** Kel@NationalSecurityLaw.org

**2nd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** National Security Counselors

**Firm Address:** 4702 Levada Terrace, Rockville, MD 20853

**Firm Phone:** (301) 728-5908  **Fax:** (240) 681-2189  **Email:** Kel@NationalSecurityLaw.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)