UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| Appellant, | * |
| v. | * |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, | *  Case No. 24-5230 |
| Appellee. | * |

* * * * * * * * * * * * *

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Appellant Legal Eagle, LLC, by and through undersigned counsel, hereby responds to the Court's Order dated 9 October 2024 as follows: Appellant does not intend to utilize a deferred joint appendix.

Date: November 8, 2024

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Appellant*