UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| NATIONAL SECURITY COUNCIL | * | Case No. 24-5230 |
| RECORDS ACCESS AND | * | |
| INFORMATION SECURITY | * | |
| MANAGEMENT DIRECTORATE, | * | |
| | * | |
| Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>STATEMENT OF ISSUES TO BE RAISED</u>**

Appellant Legal Eagle, LLC, by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 9 October 2024 as follows. This case involves the following question:

1. Whether the District Court erred as a matter of fact and law in concluding that the National Security Council Records Access and Information Security Management Directorate was not subject to the Freedom of Information Act?

Date: November 8, 2024

        Respectfully submitted,


          /s/ Kelly B. McClanahan   
        Kelly B. McClanahan, Esq.
        D.C. Bar #984704
        National Security Counselors
        4702 Levada Terrace
        Rockville, MD  20853
        301-728-5908
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

*Counsel for Appellant*