UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| NATIONAL SECURITY COUNCIL | *   Case No. 24-5230 |
| RECORDS ACCESS AND | * |
| INFORMATION SECURITY | * |
| MANAGEMENT DIRECTORATE, | * |
| | * |
| Appellee. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Circuit Rule 26.1, Appellant Legal Eagle, LLC hereby informs the Court that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Date: November 12, 2024

                                                  /s/ Kelly B. McClanahan
                                                  Kelly B. McClanahan, Esq.