[NOT YET SCHEDULED FOR ORAL ARGUMENT]

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

LEGAL EAGLE, LLC,

      Plaintiff-Appellant,

      v.

NATIONAL SECURITY COUNCIL
RECORDS ACCESS AND
INFORMATION SECURITY
MANAGEMENT DIRECTORATE, et al.,

      Defendants-Appellees.

No. 24-5230

**OPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME
TO FILE DISPOSITIVE MOTIONS**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 27(g), Defendants-Appellees National Security Council Records Access and Information Security Management Directorate, et al., respectfully request a 14-day extension of time, to and including December 9, 2024, in which to file any dispositive motions. This extension request is opposed. Plaintiff-Appellant Legal Eagle, LLC (Plaintiff) plans to file an opposition to this motion.

In support of this motion, the government states the following:

1.    Plaintiff brought this action under the Freedom of Information Act (FOIA) seeking documents related to the prepublication review of a book by former National Security Adviser John Bolton.  One of the federal defendants from which Plaintiff seeks records is the National Security Council Records Access and Information Security Management Directorate (RAISMD).  On March 18, 2021, the district court granted the government's motion to dismiss the counts against the National Security Council RAISMD on the grounds that this defendant is not subject to FOIA.  Dkt. No. 33.  The court observed that in *Armstrong v. Exec. Office of the President*, 90 F.3d 553 (D.C. Cir. 1996), this Court held that the National Security Council "'is not an agency subject to the FOIA.'"  Dkt. No. 33, at 8 (quoting 90 F.3d at 565).  And the court explained that it "perceives no invitation in this Circuit's binding precedent to reevaluate whether subcomponents of the [National Security Council] … are agencies subject to FOIA."  Dkt. No. 33, at 10.

2.    The case proceeded in district court against the remaining federal defendants.  On October 3, 2024, the parties entered a stipulation of dismissal of the remaining claims.  Dkt. No. 74.  The following day, Plaintiff filed a notice of appeal with respect to the earlier dismissal of its claims against the National Security Council RAISMD.  Dkt. No. 75.

**3.**    On October 9, 2024, the Court issued an order setting a schedule for initial submissions in this appeal, under which any dispositive motions would be due November 25, 2024.  The government has not previously sought any extensions in this appeal.

**4.**    The government respectfully requests a 14-day extension of time in which to file any dispositive motions, to and including December 9, 2024. The requested extension is necessary to ensure adequate time for the government to determine whether to file a motion for summary affirmance in this appeal, and to prepare and coordinate inter-agency review of any potential motion, in light of other appellate deadlines faced by government counsel. McKaye L. Neumeister has principal responsibility for preparing the government's filings in this case.  Ms. Neumeister also has responsibility for the following matters with impending deadlines: *Tennessee v. Becerra*, No. 24-60462 (5th Cir.) (opening brief due November 21); *Texas v. Becerra*, No. 24-40568 (5th Cir.) (opening brief due November 27); *New York v. Biden*, No. 23-5103 (D.C. Cir.) (opening brief due December 5); *United States v. Idaho/Moyle*, Nos. 23-35440, 23-35450 (9th Cir.) (assisting with preparation for en banc oral argument scheduled for December 10).

Sharon Swingle has supervisory responsibility for the government's filings in this case. Ms. Swingle also has supervisory responsibility for the following matters with impending deadlines: *Coin Center v. Yellen*, No. 23-13698 (11th Cir.) (oral argument scheduled for November 19); *Werfel v. Palestine Liberation Organization*, Nos. 23-1286, 23-1335 (10th Cir.) (oral argument scheduled for November 19); *Al-Baluchi v. Secretary of Defense*, No. 23-5251 (D.C. Cir.) (oral argument scheduled for December 9); *Spokane Airport Board v. TSA*, No. 23-1155 (D.C. Cir.) (response brief due December 9); *Muir v. DHS*, No. 22-1318 (D.C. Cir.) (response brief due December 9); *Hettena v. CIA*, No. 24-5119 (D.C. Cir.) (response brief due December 10); *Long v. Barr*, Nos. 24-1369, 24-1403 (4th Cir.) (cross-appeal reply brief due December 13); *Khalid v. Garland*, No. 24-5091 (D.C. Cir.) (response brief due December 18).

5.    The government has contacted counsel for Plaintiff-Appellant Legal Eagle, LLC, who represents that Plaintiff opposes the requested extension and will file an opposition to this motion.

# CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court extend the deadline for any dispositive motions by 14 days, so that any such motions would be due by December 9, 2024.

Respectfully submitted,

SHARON SWINGLE
 /s/ *McKaye L. Neumeister*
McKAYE L. NEUMEISTER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7231*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-8100*

NOVEMBER 2024

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P.

27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R.

App. P. 32(f), it contains 699 words.

/s/ *McKaye L. Neumeister*
McKaye L. Neumeister

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister