UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, | * * * * | Case No. 24-5230 |
| | * | |
| Appellee. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED *NUNC PRO TUNC*
MOTION FOR ENLARGEMENT OF TIME WITHIN
WHICH TO FILE PROCEDURAL MOTIONS**

Appellant hereby requests a retroactive thirteen-day extension, until 21 November 2024, of the deadline for filing procedural motions. These motions were due on 8 November. Appellee does not oppose this Motion.

Appellant has good cause to request this extension. It was not originally going to file any procedural motions and so did not seek an extension before the deadline passed. However, on 18 November, Appellee's counsel requested Appellant's position on a motion to extend the dispositive motion deadline and, after the undersigned proposed that the parties request expedited consideration of the case instead, filed its motion to extend the deadline as an opposed motion.

Therefore, because "counsel seeking expedited review must file a motion," D.C. Cir. Handbook of Prac. & Internal Proc. § VIII(B), the undersigned now requests an extension so that he may file a cross-motion to expedite the case as an alternative to summary disposition, due to several factors which, in Appellant's opinion, warrant an acceleration of the standard review process for this matter.

This is the first extension requested for this motion.

Date: November 20, 2024

                                    Respectfully submitted,

                                    /s/ Kelly B. McClanahan
                                  Kelly B. McClanahan, Esq.
                                  D.C. Bar #984704
                                  National Security Counselors
                                  4702 Levada Terrace
                                  Rockville, MD  20853
                                  301-728-5908
                                  240-681-2189 fax
                                  Kel@NationalSecurityLaw.org

                                  *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 312 words, and was prepared in 14-point Times New Roman font using Microsoft Word 365.

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
