# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-5230** | **September Term, 2024** |
| | 1:20-cv-01732-RC |
| | Filed On: November 22, 2024 [2086240] |

Legal Eagle, LLC,

      Appellant

    v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed *nunc pro tunc* motion for enlargement of time within which to file procedural motions, it is

**ORDERED** that the motion for extension of time be granted. Appellant's motion to expedite case filed on November 22, 2024, is deemed timely filed.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:   /s/
                          James A. Kaiser
                          Deputy Clerk