# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5230**                                    **September Term, 2024**

**1:20-cv-01732-RC**

**Filed On: November 25, 2024**

Legal Eagle, LLC,

       Appellant

     v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

       Appellees


**BEFORE:**    Wilkins, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to extend time and the opposition thereto, it is

**ORDERED** that the motion be granted.  Dispositive motions are now due December 9, 2024.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

               BY:    /s/
                               Scott H. Atchue
                               Deputy Clerk