UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| LEGAL EAGLE, LLC, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| NATIONAL SECURITY COUNCIL | * | Case No. 24-5230 |
| RECORDS ACCESS AND | * | |
| INFORMATION SECURITY | * | |
| MANAGEMENT DIRECTORATE, | * | |
| | * | |
| Appellee. | * | |
| | * | |
| * * * * * * * * * * * * * | | |

## **APPELLANT'S NOTICE OF NON-RESPONSE**

On 21 November 2024, Appellant filed a motion to expedite this case, which Appellee opposed on 29 November 2024. Appellant did not file a reply in support of its motion. To clarify any ambiguity, Appellant hereby confirms that it did not intend to file a reply and that it considers its motion to be fully briefed. Appellant stands behind the arguments made in its motion and chose not to further burden the Court with unnecessary repetition. The undersigned apologizes for any confusion created by Appellant's lack of response.

Date: December 12, 2024

                                                        Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 213 words, and was prepared in 14-point Times New Roman font using Microsoft Word 365.

                                              /s/ Kelly B. McClanahan
                                           Kelly B. McClanahan, Esq.