[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEGAL EAGLE, LLC,<br><br>    Plaintiff-Appellant,<br><br>    v.<br><br>NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION SECURITY MANAGEMENT DIRECTORATE, et al.,<br><br>    Defendants-Appellees. | No. 24-5230 |

**UNOPPOSED MOTION FOR A 7-DAY EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF
MOTION FOR SUMMARY AFFIRMANCE**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 27(g), Defendants-Appellees National Security Council Records Access and Information Security Management Directorate, et al., respectfully request a 7-day extension of time, to and including January 2, 2025, in which to file a reply in support of the government's motion for summary affirmance. This extension request is unopposed.

In support of this motion, the government states the following:

1.      On October 9, 2024, the Court issued an order setting a schedule for initial submissions in this appeal, under which any dispositive motions would be due November 25, 2024. The government sought a 14-day extension of time in which to file any dispositive motions, and Plaintiff opposed the extension. The Court granted the government's motion, extending the time to file any dispositive motions to December 9, 2024. *See* 11/25/2024 Order.

2.      On December 9, 2024, the government filed a motion for summary affirmance, asking this Court to summarily affirm the district court's order dismissing Plaintiff's claims against the National Security Council Records Access and Information Security Management Directorate. On December 19, 2024, Plaintiff timely filed an opposition to the motion for summary affirmance.

3.      The government respectfully requests a 7-day extension of time in which to file a reply in support of its motion for summary affirmance, to and including January 2, 2025. The requested extension is necessary to ensure adequate time for the government to prepare and coordinate inter-agency review of its reply in light of the Christmas and New Year's holidays.

Federal employees are generally excused from duty on December 24-25, 2024, and January 1, 2025, for the holidays. *See* Office of Personnel Management, *Federal Holidays*, https://www.opm.gov/policy-data-

2

oversight/pay-leave/federal-holidays (last visited Dec. 19, 2024); *Executive Order on Providing for the Closing of Executive Departments and Agencies of the Federal Government on December 24, 2024* (Dec. 19, 2024), https://www.whitehouse.gov/briefing-room/presidential-actions/2024/12/19/executive-order-on-providing-for-the-closing-of-executive-departments-and-agencies-of-the-federal-government-on-december-24-2024. McKaye L. Neumeister—who has principal responsibility for preparing the government's filings in this case—is planning to celebrate the holidays with family on those days. In addition, Ms. Neumeister is out of town visiting family through December 28.

4. The government has contacted counsel for Plaintiff-Appellant Legal Eagle, LLC, who represents that Plaintiff consents to this extension request.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court extend the deadline for a reply in support of summary affirmance by 7 days, so that the reply would be due by January 2, 2025.

Respectfully submitted,

SHARON SWINGLE
 /s/ *McKaye L. Neumeister*
MCKAYE L. NEUMEISTER
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7231*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-8100*

DECEMBER 2024

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 425 words.

                                          */s/ McKaye L. Neumeister*
                                          McKaye L. Neumeister

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                */s/ McKaye L. Neumeister*
                                                McKaye L. Neumeister