# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5230**                                                      **September Term, 2024**

1:20-cv-01732-RC

Filed On: December 23, 2024 [2091294]

Legal Eagle, LLC,

         Appellant

     v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

         Appellees

### O R D E R

       Upon consideration of appellees' unopposed motion for a 7-day extension of time to file reply in support of motion for summary affirmance, it is

       **ORDERED** that the motion for extension of time be granted. Appellees' reply in support of their motion for summary affirmance is now due January 2, 2025.

                                                           **FOR THE COURT:**
                                                           Mark J. Langer, Clerk

                               BY:     /s/
                                                            James A. Kaiser
                                                            Deputy Clerk