# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5230**                   **September Term, 2024**

**1:20-cv-01732-RC**

**Filed On:** January 30, 2025

Legal Eagle, LLC,

       Appellant

   v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

       Appellees

     **BEFORE:**   Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

     Upon consideration of the motion to expedite, the opposition thereto, and the waiver of reply; and the motion for summary affirmance, the opposition thereto, and the reply, it is

     **ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant does not challenge this court's holding that the National Security Council as a whole does not exercise substantial authority independent of the President and thus is not an agency subject to the Freedom of Information Act ("FOIA"). See Armstrong v. Executive Office of the President, 90 F.3d 553, 557-67 (D.C. Cir. 1996); see also id. at 556 n.* (explaining that the court used the term "NSC" to refer to either "the staff that supports" the Council itself, which is composed of the President and cabinet-level officials, or "the entire organization, including both the Council and the staff"). Appellant has not shown that the district court erred in concluding that the National Security Council Records Access and Information Security Management Directorate, which is a subpart of the National Security Council, is thus also not subject to FOIA. It is

     **FURTHER ORDERED** that the motion to expedite be dismissed as moot.

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5230**  **September Term, 2024**

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**