UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| LEGAL EAGLE, LLC, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * |
| NATIONAL SECURITY COUNCIL RECORDS ACCESS AND INFORMATION MANAGEMENT DRIECTORATE, | *   Civil Action No. 24-5230 |
| | * |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED *NUNC PRO TUNC* MOTION
FOR ENLARGEMENT OF TIME WITHIN WHICH
TO FILE ITS PETITION FOR REHEARING *EN BANC***

NOW COMES Appellant to respectfully ask the Court for a retroactive fifteen-day extension of its deadline for filing its Petition for Rehearing *En Banc*, until 1 April 2025. Appellant's Petition was due on 17 March 2025. Appellee does not oppose this Motion.

Appellant has good cause to request this extension and sincerely apologizes for the tardiness of this Motion. While the undersigned fully intended to file the Petition well before the due date due to the time-sensitivity of the matter in question, his workload virtually exploded when he was required to file a complaint on short notice and fully brief and defend two motions for temporary restraining

orders in February, in addition to handling numerous other litigation responsibilities, including a fact-intensive administrative law matter which required three days of hearings. Furthermore, because he had entered his aspirational filing date into his calendar (and not the actual filing deadline), he did not realize until several days after the deadline had passed that he had missed it. Of the fifteen days' extension he is requesting, seven have already passed, and so he is actually only seeking an eight-day extension from today to allow him to complete this Petition, which is necessary due to the four filing deadlines he already has this week in other cases.

      This is the first extension requested for this Petition. Appellee does not oppose this Motion.

Date: March 24, 2025

                                      Respectfully submitted,

                                      /s/ Kelly B. McClanahan
                                    Kelly B. McClanahan, Esq.
                                    D.C. Bar #984704
                                    National Security Counselors
                                    1451 Rockville Pike
                                    Suite 250
                                    Rockville, MD  20852
                                    501-301-4672
                                    240-681-2189 fax
                                    Kel@NationalSecurityLaw.org

                                    *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 373 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                          /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.