# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5230**                                            **September Term, 2024**

**1:20-cv-01732-RC**

**Filed On:** March 25, 2025

Legal Eagle, LLC,

       Appellant

    v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

       Appellees

**O R D E R**

Upon consideration of appellant's unopposed nunc pro tunc motion for enlargment of time within which to file its petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due by April 1, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk