# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5230**                       **September Term, 2024**

**1:20-cv-01732-RC**

**Filed On:** April 28, 2025

Legal Eagle, LLC,

       Appellant

    v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

       Appellees

**BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                    BY:     /s/
                             Daniel J. Reidy
                             Deputy Clerk