# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5230**                            **September Term, 2024**

**1:20-cv-01732-RC**

**Filed On: May 6, 2025** [2114609]

Legal Eagle, LLC,

       Appellant

    v.

National Security Council Records Access
and Information Security Management
Directorate, et al.,

       Appellees

## M A N D A T E

In accordance with the order of January 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                    BY:    /s/
                                                    Daniel J. Reidy
                                                    Deputy Clerk

Link to the order filed January 30, 2025